THE HONORABLE JAMES L. ROBART

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| DANIEL GOLBECK, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>COMCAST (CC) OF WILLOW GROVE, a Pennsylvania corporation,<br><br>Defendant. | Case No. 2:25-cv-01406-JLR<br><br>**[PROPOSED] ORDER GRANTING STIPULATED MOTION FOR VOLUNTARY DISMISSAL** |

Pursuant to the parties' stipulation and good cause appearing therefore, it is hereby ORDERED that the above-referenced case is hereby dismissed with prejudice as to Plaintiff DANIEL GOLBECK's individual claims, and dismissed without prejudice as to any claims alleged on behalf of the putative class. Each side to bear its own costs and attorney's fees.

IT IS SO ORDERED.

DATED this  16th  day of  January , 2026.

_____
THE HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT COURT JUDGE

ORDER GRANTING STIPULATED MOTION FOR VOLUNTARY DISMISSAL - 1
CASE NO.: 2:25-cv-01406-JLR

Ferraro Vega Employment Lawyers, Inc.
3333 Camino del Rio South, Suite 300
San Diego, California 92108
Phone: (619) 693-7727
Facsimile: (619) 350-6855

Presented jointly by:

**FERRARO VEGA EMPLOYMENT LAWYERS**

By: /s/ Nicholas J. Ferraro
    Nicholas J. Ferraro, WSBA no. 59674
    3333 Camino del Rio South, Suite 300
    San Diego, California 92108
    Telephone: (619) 693-4007
    nick@ferrarovega.com

*Attorneys for Plaintiff*


**BALLARD SPAHR LLP**

By:  s/ Priya B. Vivian
    Erin M. Wilson, WSBA No. 42454
    Priya B. Vivian, WSBA No. 51802
    Alayna M. Piwonski, WSBA No. 57960
    1301 Second Avenue, Suite 2800
    Seattle, WA 98101-3808
    Telephone: 206.223.7000
    Facsimile: 206.223.7107
    wilsonem@ballardspahr.com
    vivianp@ballardspahr.com
    piwonskia@ballardspahr.com

*Attorneys for Defendant*

ORDER GRANTING STIPULATED MOTION FOR VOLUNTARY DISMISSAL - 2
CASE NO.: 2:25-cv-01406-JLR

**Ferraro Vega Employment Lawyers, Inc.**
3333 Camino del Rio South, Suite 300
San Diego, California 92108
Phone: (619) 693-7727
Facsimile: (619) 350-6855